# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHAD WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY JAIL,<br><br>Defendant. | Case No. 1:18-cv-01158-LJO-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE CLARIFYING HIS INTENT<br><br>(ECF No. 11)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Raymond Chad Watkins is a former pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 21, 2018, Plaintiff filed a first amended complaint. (ECF No. 8.) On May 20, 2019, the Court screened Plaintiff's first amended complaint and issued Findings and Recommendation recommending that this action be dismissed for Plaintiff's failure to state a claim upon which relief may be granted. (ECF No. 10.) The Findings and Recommendation were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 10.)

On June 13, 2019, Plaintiff filed the instant "Reply to Findings and Recommendations." (ECF No. 11.) In his reply, Plaintiff asserts that he does not know how to state a cognizable claim or how to prosecute his claim. Further, Plaintiff states that he "hereby drop my case." (Id.) Plaintiff's reply does not state the number of the case that he wishes to "drop."

1

Based on this filing, it is unclear to the Court whether Plaintiff is intending to voluntarily dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), or whether Plaintiff merely has no objection to the Court's recommendation that this action be dismissed, with prejudice, due to Plaintiff's failure to state a claim.

Additionally, Plaintiff failed to write any case number on his "Reply," the Court is not certain if this "Reply" was intended to be filed in the above entitled action. The Court notes that Plaintiff has two other civil rights actions filed in the United States District Court for the Eastern District of California that both have a Defendant whose name includes the words "Tuolumne County" and have currently pending Findings and Recommendations to dismiss the action for failure to state a claim for relief and failure to prosecute: (1) <u>Watkins v. Tuolumne County Jail</u>, Case No. 1:18-cv-00779-DAD-SAB; and (2) <u>Watkins v. Tuolumne County</u>, Case No. 1:18-cv-01226-DAD-JDP.

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order, Plaintiff shall clarify, in writing, whether his "Reply to Findings and Recommendation" was supposed to be filed in this action, Case No. 1:18-cv-01158-LJO-BAM, or if the document was supposed to be filed in Case No. 1:18-cv-00779-DAD-SAB or Case No. 1:18-cv-01226-DAD-JDP. Further, if Plaintiff intended his "Reply" to be filed in this action, Plaintiff must also clarify, in writing, whether he intends to voluntarily dismiss this action, pursuant to Rule 41(a)(1)(A)(i), or whether he merely has no objection to the Court's recommendation that this action be dismissed, with prejudice, for Plaintiff's failure to state a claim; and

//
//
//
//
//
///

2. <u>If Plaintiff fails to file a written clarification in compliance with this order, the Court recommended that this action be dismissed, with prejudice, for failure to obey a court order to the United States District Judge assigned to this case</u>.

IT IS SO ORDERED.

Dated: **June 18, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE